IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID LEE FOWLER,

    Petitioner,

v.                                CASE NO. 4:08cv100-RH/WCS

JAMES McDONOUGH,

    Respondent.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED. This action is transferred to the United States District Court for the Northern District of Georgia. The clerk shall take all steps necessary to effect the transfer. The clerk shall return all exhibits to the petitioner.

    SO ORDERED this 4th day of May, 2008.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge